| | |
|---|---|
| Your Name: | Gary Howarth |
| Address: | 15 Clarendon Rd, Seaforth, Liverpool |
| | L21 4LP, Merseyside, United Kingdom |
| | +44 07754 457430 |
| E-mail Address: | blackfrog0739@icloud.com |

Pro Se Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Howarth | Case Number  C 23 02976 VKD |
| Plaintiff, | COMPLAINT |
| vs. | |
| Apple Inc. | DEMAND FOR JURY TRIAL |
| | Yes ☐  No ☑ |
| Defendant. | |

## PARTIES

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

| | |
|---|---|
| Name: | Gary Howarth |
| Address: | 15 Clarendon Rd, Seaforth, Liverpool, L21 4LP, Merseyside, UK |
| Telephone: | +44 07754 457430 |

COMPLAINT
PAGE 1 OF 6   [*JDC TEMPLATE – Rev. 05/2017*]

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: Apple Inc.

Address: One Apple Park Way, Cupertino, California, 95014

Telephone: _____

Defendant 2:

Name: _____

Address: _____

Telephone: _____

Defendant 3:

Name: _____

Address: _____

Telephone: _____

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

☐ under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] _____

☑ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT
PAGE 2 OF 6   [*JDC TEMPLATE – Rev. 05/2017*]

# VENUE

*[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]*

4. Venue is appropriate in this Court because:

   ☐ a substantial part of the events I am suing about happened in this district.

   ☐ a substantial part of the property I am suing about is located in this district.

   ☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity *and* I live in this district.

   ☑ at least one defendant is located in this District and any other defendants are located in California.

# INTRADISTRICT ASSIGNMENT

*[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]*

5. Because this lawsuit arose in Santa Clara County County, it should be assigned to the San Jose Division of this Court.

# STATEMENT OF FACTS

*[Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

6. 17 September 2021, I alerted Apple to a corrupt iPadOS on a new iPad Air 4.

COMPLAINT
PAGE 3 OF 6   *[JDC TEMPLATE – Rev. 05/2017]*

7. 17 January 2022, Apple told me that my iPad was, "as expected". I began screen recording.

8. 15 September 2022, Apple reassured me that my iPad had never been device managed.

9. 8 May 2023, I alerted Apple to a data breach. Video evidence amassed over 2022/2023 showed petabytes had been extrapolated with unaccountable network activity between my iPad and Apple Xsan Servers and no Ethernet or MDM.

10. 23 May 2023, Apple refused to give a statement or look at the evidence. They said it wasn't a legal issue and asked if I required Apple Support.

11. 3 June 2023, Lawsuit

//
//

## CLAIMS

### First Claim

(*Name the law or right violated*: Intrusion Upon Seclusion)

(*Name the defendants who violated it*: Apple Inc.)

[*Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.*]

1. The defendant intentionally intruded upon the plaintiff's seclusion or private concerns.

2. The intrusion would be highly offensive to a reasonable person.

3. The plaintiff had a legitimate expectation of privacy.

4. The intrusion caused mental anguish or suffering to the plaintiff.

//

COMPLAINT
PAGE 5 OF 6   [JDC TEMPLATE – 05/17]

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

1. I am at war with Apple over what Tim Cook calls a Human Right, my privacy. For over 2 years, Apple has operated like law enforcement, utilised my iPad to infiltrate my home, steal personal documents, and they continue, and I say Apple have no right. The evidence of intrusion points to Apple and its own SDK. This intrusion is licensed by Apple. I seek damages above $75,000 and full disclosure.

United States Code: Section 652B Intrusion Upon Seclusion

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 3 June 2023       Sign Name: *[signature]*

Print Name: GARY HOWARTH

COMPLAINT
PAGE 6 OF 6   *[JDC TEMPLATE – 05/17]*